# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

SHARON MICHAEL

          *Plaintiff,*

   v.

CANTERBURY AT CEDAR GROVE
REHABILITATION AND CARE
CENTER, LLC.

          *Defendants.*

Civil No. 20-4359 (KSH)

**ORDER**

It appearing that the plaintiff has failed to move this case in accordance with the Court's prior order filed on August 28/20 DE # 4,

It is on this 28th day of September, hereby

**ORDERED** that this action is dismissed as to all defendants without prejudice and without costs for failure to proceed with this matter in a timely manner; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon plaintiff by regular U.S. mail, and shall **CLOSE** the file.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.